# LIST OF EXHIBITS

| | |
|---|---|
| Exhibit A | Complaint |
| Exhibit B | Dashcam Video – Car 27 (Barnhill) |
| Exhibit C | Dashcam Video/Audio – Car 31 (McKibben) |
| Exhibit D | Dashcam Video – Car S-1 (Gill) |
| Exhibit E | deposition of firefighter Brian Jacobs |
| Exhibit F | deposition of Richard Breen |
| Exhibit G | deposition of James Muirhead |
| Exhibit H | deposition of Curtis Thrift |
| Exhibit I | deposition of Theodore Garwood |
| Exhibit J | deposition of Arthur Gill |
| Exhibit K | Warrant; |
| Exhibit L | Affidavit of Jere Green |
| Exhibit M | Police Incident Report |
| Exhibit N | May 15, 2016 email |
| Exhibit O | deposition of Shane McKibben |
| Exhibit P | deposition of Kevin Barnhill |
| Exhibit Q | deposition of Robert Roy |
| Exhibit R | deposition of Dale Vanhorn |
| Exhibit S | Plaintiff's discovery responses |