# EXHIBIT K

2014007542_KD

| STATE OF MICHIGAN<br>37A JUDICIAL DISTRICT<br>16TH JUDICIAL CIRCUIT | WARRANT<br>MISDEMEANOR | CASE NO.: 14-006630<br>W145421 |
|---|---|---|
| District Court ORI: MI500025J<br>8300 Common Road, Warren, MI 48093 586-574-4900 | Circuit Court ORI: MI500015J<br>40 N. Main, Mount Clemens, MI 48043 586-469-5208 | |

| THE PEOPLE OF THE STATE OF MICHIGAN | Defendant's name and address<br>V ARTHUR LESLIE GILL W / M<br>21257 PATTERSON DRIVE<br>MACOMB, MI 48044 | Victim or complainant<br><br>Complaining Witness<br>D/SGT TWANA POWELL |
|---|---|---|
| Co-defendant(s) | | Date: On or about<br>01/11/2014 |

| City/Twp./Village<br>WARREN | County in Michigan<br>Macomb | Defendant TCN | Defendant CTN<br>50-14007542-01 | Defendant SID | Defendant DOB<br>08/04/1964 |
|---|---|---|---|---|---|
| Police agency report no.<br>00M20 20-1058-14 | Charge<br>See below | DLN Type: | Vehicle Type | Defendant DLN<br>G 400 071 511 610 | |

| Witnesses<br>D/SGT TWANA POWELL OIC | APA THERESE TOBIN (P47100) |
|---|---|

STATE OF MICHIGAN, COUNTY OF MACOMB
To any peace officer or court officer authorized to make arrest: The complaining witness has filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

**COUNT 1: ASSAULT OR ASSAULT AND BATTERY**
did, make an assault, or an assault and battery upon the following person: Carlton Torres ; contrary to MCL 750.81(1). [750.81]
MISDEMEANOR: 93 Days and/or $500.00

**COUNT 2: FALSE REPORT OF A MISDEMEANOR**
did, intentionally make a false report of the commission of a misdemeanor, Assault or Assault and Battery, to the Warren Police Department, knowing that the report was false; contrary to MCL 750.411a(1)(a). [750.411A1A]
MISDEMEANOR: 93 Days and/or $500.00

**COUNT 3: CHILDREN - ABUSE - INTENTIONAL FALSE REPORT - MISDEMEANOR**
did intentionally make a false report of child abuse or neglect that would constitute the misdemeanor of 4th Degree Child Abuse, to the Department of Human Services knowing that the report was false; contrary to MCL 722.633(5)(a). [722.6335A]
MISDEMEANOR: 93 Days and/or $100.00

Upon examination of the complaint I find probable cause to believe defendant committed the offense set forth. **THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN,** I order you to arrest and bring defendant before the court immediately, or the defendant may be released when a cash or surety bond is posted in the amount of $_____ for personal appearance before the court.

| AUG 0 8 2014 | (SEAL) | [signature] | P5629 |
|---|---|---|---|
| Date | | Judge/Magistrate | Bar no. |

By virtue of this warrant the defendant has been taken into custody as ordered.

| Date | Peace Officer |
|---|---|

**COURT WARRANT**