# EXHIBIT M

CR No: 130052560

# WARREN POLICE DEPARTMENT
29900 SOUTH CIVIC CENTER BOULEVARD
WARREN MI 48093
586-574-4700

## Case Report

### Administrative Details:

| CR No | Subject |
|---|---|
| 130052560 | evidence |
| **Report Date/Time** | **Occurrence Date/Time** |
| 08/30/2013 11:12 | 08/30/2013 11:12 |
| **Location** | **Call Source** |
| 25509 DONCEA DR | 911 |
| **Dispatched Offense** | **Verified Offense** |
| C3199 UNKNOWN ACCIDE | C3207 Sudden Death - Accident |
| **OIC** | **OIC Contact Number** |
| Nearing, Melvin (WRNEARINGM-00436) | |
| **County** | **City/Twp/Village** |
| 50 - Macomb | 95 - Warren |
| **Division** | **Victim** |
| Patrol | curtis thrift (19204475) |

### Action Requested:

| [ ] Arrest warrant | [ ] Review only |
|---|---|
| [ ] Search warrant | [ ] Forfeiture |
| [ ] Juvenile petition | [ ] Other |



EXHIBIT
2   5/19/16
GLL

Created On 07/18/2014 01:51 PM

CR No: 130052560

| Offenses: |
|---|

## 4801 - Resisting Officer [WRKIJEWSKIB (00414)]

| IBR Code / IBR Group | | Offense File Class | |
|---|---|---|---|
| 90Z - All Other Offenses / B | | 48000 - OBSTRUCTING POLICE | |
| Crime Against | Location Type | | Offense Completed |
| | 10 - Field/Woods | | Completed |
| Domestic Violence | Hate/Bias | | |
| No | 00 - None (No Bias) | | |
| Using | | | Cargo Theft |
| A-Alcohol: Yes  C-Computer Equipment: No  D-Drugs/Narcotics: Yes | | | |

| People: |
|---|

### PELLOW, NATHAN WESLEY (S-SUSPECT) [WRMCKIBBENS (00061)]

| Last Name | | First Name | | Middle Name | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|
| Pellow | | Nathan | | Wesley | | | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship | |
| 08/08/1982 (31) | M | WHITE | | | | | |
| Street Address | | Apt # | County | Country | Home Phone | | Work Phone |
| | | | | USA | | | |

### (V-VICTIM) [WRKIJEWSKIB (00414)]

| Victim Type | | Victim of | | | | | |
|---|---|---|---|---|---|---|---|
| G - Government | | 4801 - Resisting Officer | | | | | |
| PE: | W.Typ e: | Name | | | | Suffix | Mr/Mrs/Ms |
| | | brian jacobs | | | | | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship | |
| NA | NA | NA | NA | NA | NA | NA | |
| Street Address | | Apt # | County | Country | Home Phone | | Work Phone |
| 23295 schoenherr | | | | | | | |
| City | | State | Zip | Cell Phone | Email | | |
| Warren | | MI | 48089 | | | | |
| Victim Injury | | | | | | | |

### (V-VICTIM) [WRKIJEWSKIB (00414)]

| Victim Type | | Victim of | | | | | |
|---|---|---|---|---|---|---|---|
| G - Government | | 4801 - Resisting Officer | | | | | |
| PE: | W.Typ e: | Name | | | | Suffix | Mr/Mrs/Ms |
| | | curtis thrift | | | | | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship | |
| NA | NA | NA | NA | NA | NA | NA | |
| Street Address | | Apt # | County | Country | Home Phone | | Work Phone |
| 23295 schoenherr | | | | | | | |
| City | | State | Zip | Cell Phone | Email | | |
| Warren | | MI | 48089 | | | | |
| Victim Injury | | | | | | | |

### SHERMAN, STEPHEN ALLAN (W-WITNESS) [WRBRADLEYD (00146)]

| PE: | W.Type: | Last Name | First Name | | Middle Name | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|
| | EY | SHERMAN | STEPHEN | | ALLAN | | | |
| Aliases | | | Driver License# | | DL State | DL Country | Personal ID# | |
| | | | | | | | | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship | | |
| | | | | | | | | |
| Street Address | | Apt # | County | Country | Home Phone | | Work Phone | |
| | | | | | | | | |

Created On 07/18/2014 01:51 PM

CR No: 130052560

| City | | | State | Zip | | Cell Phone | | Email | |
|---|---|---|---|---|---|---|---|---|---|
| ██████ | | | | | | | | | |

### PAAVO, MIKE  (W-WITNESS)  [WRKIJEWSKIB (00414)]

| PE: | W.Type: | Last Name | | First Name | | Middle Name | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|
| | EY | paavo | | mike | | | | | |

| DOB (Age) | | Sex | Race | | Ethnicity | Birth City & State | Birth Country | | Country of Citizenship |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Street Address | | | Apt # | County | | Country | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| City | | | State | Zip | | Cell Phone | | Email | |
|---|---|---|---|---|---|---|---|---|---|
| ██████ | | | | | | | | | |

### PELLOW, JENNIFER  (W-WITNESS)  [WRKIJEWSKIB (00414)]

| PE: | W.Type: | Last Name | | First Name | | Middle Name | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|
| | EY | pellow | | jennifer | | | | | |

| DOB (Age) | | Sex | Race | | Ethnicity | Birth City & State | Birth Country | | Country of Citizenship |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Street Address | | | Apt # | County | | Country | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| City | | | State | Zip | | Cell Phone | | Email | |
|---|---|---|---|---|---|---|---|---|---|
| ██████ | | | | | | | | | |

| Notes |
|---|
| ██████ |

### CURTIS, HAROLD  (W-WITNESS)  [WRKIJEWSKIB (00414)]

| PE: | W.Type: | Last Name | | First Name | | Middle Name | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|
| | CH | curtis | | harold | | | | | |

| DOB (Age) | | Sex | Race | | Ethnicity | Birth City & State | Birth Country | | Country of Citizenship |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Street Address | | | Apt # | County | | Country | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| City | | | State | Zip | | Cell Phone | | Email | |
|---|---|---|---|---|---|---|---|---|---|
| ██████ | | | | | | | | | |

| Notes |
|---|
| trailer was damaged by car |

### SIMS, JAMES  (W-WITNESS)  [WRKIJEWSKIB (00414)]

| PE: | W.Type: | Last Name | | First Name | | Middle Name | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|
| | EY | sims | | james | | | | | |

| DOB (Age) | | Sex | Race | | Ethnicity | Birth City & State | Birth Country | | Country of Citizenship |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Street Address | | | Apt # | County | | Country | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| City | | | State | Zip | | Cell Phone | | Email | |
|---|---|---|---|---|---|---|---|---|---|
| ██████ | | | | | | | | | |

### JORDAN, KAYLA  (W-WITNESS)  [WRKIJEWSKIB (00414)]

| PE: | W.Type: | Last Name | | First Name | | Middle Name | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|
| | EY | jordan | | kayla | | | | | |

| DOB (Age) | | Sex | Race | | Ethnicity | Birth City & State | Birth Country | | Country of Citizenship |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Street Address | | | Apt # | County | | Country | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| City | | | State | Zip | | Cell Phone | | Email | |
|---|---|---|---|---|---|---|---|---|---|
| ██████ | | | | | | | | | |

Created On 07/18/2014 01:51 PM

CR No: 130052660

## BREEN, RICHARD (W-WITNESS) [WRKIJEWSKIB (00414)]

| PE: | W.Type: | Last Name | | First Name | | | Middle Name | | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | EY | breen | | richard | | | | | | | |

| DOB (Age) | | Sex | Race | Ethnicity | | Birth City & State | Birth Country | | Country of Citizenship | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | M | WHITE | | | | | | | |

| Street Address | | | Apt # | County | | Country | | Home Phone | | Work Phone |
|---|---|---|---|---|---|---|---|---|---|---|
| 23295 schoenherr | | | | | | USA | | | | |

| City | | State | Zip | | Cell Phone | | Email | |
|---|---|---|---|---|---|---|---|---|
| Warren | | MI | 48089 | | | | | |

## MUIRHEAD, JAMES (W-WITNESS) [WRKIJEWSKIB (00414)]

| PE: | W.Type: | Last Name | | First Name | | | Middle Name | | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | EY | muirhead | | james | | | | | | | |

| DOB (Age) | | Sex | Race | Ethnicity | | Birth City & State | Birth Country | | Country of Citizenship | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | WHITE | | | | | | | |

| Street Address | | | Apt # | County | | Country | | Home Phone | | Work Phone |
|---|---|---|---|---|---|---|---|---|---|---|
| 23295 schoenherr | | | | | | USA | | | | |

| City | | State | Zip | | Cell Phone | | Email | |
|---|---|---|---|---|---|---|---|---|
| Warren | | MI | 48089 | | | | | |

## GARWOOD, TED (W-WITNESS) [WRKIJEWSKIB (00414)]

| PE: | W.Type: | Last Name | | First Name | | | Middle Name | | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | EY | garwood | | ted | | | | | | | |

| DOB (Age) | | Sex | Race | Ethnicity | | Birth City & State | Birth Country | | Country of Citizenship | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | WHITE | | | | | | | |

| Street Address | | | Apt # | County | | Country | | Home Phone | | Work Phone |
|---|---|---|---|---|---|---|---|---|---|---|
| 23295 schoenherr | | | | | | USA | | | | |

| City | | State | Zip | | Cell Phone | | Email | |
|---|---|---|---|---|---|---|---|---|
| Warren | | MI | 48089 | | | | | |

| Notes |
|---|
| witness to fight |

## GARCIA, CHRISTA (W-WITNESS) [WRNEARINGM (00436)]

| PE: | W.Type: | Last Name | | First Name | | | Middle Name | | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HW | Garcia | | Christa | | | | | | | |

| DOB (Age) | | Sex | Race | Ethnicity | | Birth City & State | Birth Country | | Country of Citizenship | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Street Address | | | Apt # | County | | Country | | Home Phone | | Work Phone |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| City | | State | Zip | | Cell Phone | | Email | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## CAPLAN, MICHAEL (O-OTHER) (X-MISCELLANEOUS) [WRREICHLINGW (00437)]

| PE: | W.Type: | Last Name | | First Name | | | Middle Name | | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CAPLAN | | MICHAEL | | | | | | | |

| DOB (Age) | | Sex | Race | Ethnicity | | Birth City & State | Birth Country | | Country of Citizenship | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Street Address | | | Apt # | County | | Country | | Home Phone | | Work Phone |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Employer | | Employer Address | | | Employer Phone | Occupation | | Employer CSZ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Created On 07/18/2014 01:51 PM

CR No: 130052560

## SKULTETY, MICHELLE (O-OTHER) (X-MISCELLANEOUS) [WRREICHLINGW (00437)]

| PE: | W.Type: | Last Name | | First Name | | Middle Name | | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SKULTETY | | MICHELLE | | | | | | |

| DOB (Age) | | Sex | Race | | Ethnicity | | Birth City & State | Birth Country | | Country of Citizenship | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| Street Address | | Apt # | County | | Country | | Home Phone | | Work Phone | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| | | | | |

## PELLOW, DARLENE (O-OTHER) (X-MISCELLANEOUS) [WRREICHLINGW (00437)]

| PE: | W.Type: | Last Name | | First Name | | Middle Name | | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PELLOW | | DARLENE | | | | | | |

| DOB (Age) | | Sex | Race | | Ethnicity | | Birth City & State | Birth Country | | Country of Citizenship | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| Street Address | | Apt # | County | | Country | | Home Phone | | Work Phone | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| | | | | |

## PELLOW, WESLEY WILLIAM (O-OTHER) (X-MISCELLANEOUS) [WRREICHLINGW (00437)]

| PE: | W.Type: | Last Name | | First Name | | Middle Name | | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PELLOW | | WESLEY | | WILLIAM | | | | |

| DOB (Age) | | Sex | Race | | Ethnicity | | Birth City & State | Birth Country | | Country of Citizenship | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| Street Address | | Apt # | County | | Country | | Home Phone | | Work Phone | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| | | | | |

## HARJINDER, GREWAL (O-OTHER) (MP-MEDICAL PERSONNEL) [WRREICHLINGW (00437)]

| PE: | W.Type: | Last Name | | First Name | | Middle Name | | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|---|
| | | HARJINDER | | GREWAL | | | | | | RN |

| DOB (Age) | | Sex | Race | | Ethnicity | | Birth City & State | Birth Country | | Country of Citizenship | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | UNKNOWN | | | | | | | | |

| Street Address | | Apt # | County | | Country | | Home Phone | | Work Phone | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 248-967-7000 | |

| Employer | Employer Address | Employer Phone | Occupation | Employer CSZ |
|---|---|---|---|---|
| ST JOHN OAKLAND | 27351 DEQUINDRE | 248-967-7000 | RN | MADISON HTS MI 48071 |

## CRANMER, KEVIN (O-OTHER) (MP-MEDICAL PERSONNEL) [WRREICHLINGW (00437)]

| PE: | W.Type: | Last Name | | First Name | | Middle Name | | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CRANMER | | KEVIN | | | | | | DOCTOR |

| DOB (Age) | | Sex | Race | | Ethnicity | | Birth City & State | Birth Country | | Country of Citizenship | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | WHITE | | | | | | | | |

| Street Address | | Apt # | County | | Country | | Home Phone | | Work Phone | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 248-967-7000 | |

| Employer | Employer Address | Employer Phone | Occupation | Employer CSZ |
|---|---|---|---|---|
| ST JOHN OAKLAND | 27351 DEQUINDRE | 248-967-7000 | | MADISON HTS MI 48071 |

## LEMAUX, CHERYL GRACE (O-OTHER) (X-MISCELLANEOUS) [WRBRADLEYD (00146)]

| PE: | W.Type: | Last Name | | First Name | | Middle Name | | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|---|
| | MS | LEMAUX | | CHERYL | | GRACE | | | | |

CR No: 130052560

| Aliases | | | Driver License# | | DL State | DL Country | Personal ID# |
|---|---|---|---|---|---|---|---|
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship | |
| Street Address | | Apt # | County | Country | Home Phone | | Work Phone |
| City | | State | Zip | Cell Phone | Email | | |

## Property:

### 6300 - Portable Electronic Communications (cell phones, camera phones, pagers, PDAs, BlackBerrys, etc)

| Property Class | IBR Type | UCR Type | | |
|---|---|---|---|---|
| 75 | 75 - Portable Electronic Equipment | K - Miscellaneous | | |
| Status | | | Count | Value |
| E - Evidence (Including Other Seized Property And Tools) | | | 1 | 1 |
| Description | | Disposition | Evidence Tag | |
| Coolpad cell phone/metro pcs | | | 130052560.001 | |
| Recovered Date/Time | Location | Owner | | |
| | | [S19188943] Pellow, Nathan Wesley | | |
| Notes | | | | |
| IMEI99000215832541 | | | | |

### 1906 - Drug/Narcotic/Para Equipment - Syringe, Needle 5411 [WRNUNNH (00147)]

| Property Class | IBR Type | UCR Type | | |
|---|---|---|---|---|
| 11 | 11 - Drug/Narcotic Equipment | K - Miscellaneous | | |
| Status | | | Count | Value |
| E - Evidence (Including Other Seized Property And Tools) | | | 3 | 1 |
| Description | | Disposition | Evidence Tag | |
| needle/syringe, burnt foil paper, folded paper | | | 130052560.002 | |
| Recovered Date/Time | Location | Owner | | |
| | | ,  | | |

### 1409 - Underclothing 5406 [WRNUNNH (00147)]

| Property Class | IBR Type | UCR Type | | |
|---|---|---|---|---|
| 06 | 06 - Clothes/Furs | C - Clothing & Furs | | |
| Status | | | Count | Value |
| E - Evidence (Including Other Seized Property And Tools) | | | 1 | 1 |
| Description | | Disposition | Evidence Tag | |
| blu plaid under shorts | | | 130052560.003 | |
| Recovered Date/Time | Location | Owner | | |
| | | ,  | | |

### 2111 - Credit Card / Account Number 5409 [WRNUNNH (00147)]

| Property Class | IBR Type | UCR Type | | |
|---|---|---|---|---|
| 09 | 09 - Credit/Debit Cards | A - Currency, Notes, Etc... | | |
| Status | | | Count | Value |
| E - Evidence (Including Other Seized Property And Tools) | | | 1 | 0 |
| Description | | Disposition | Evidence Tag | |
| VISA credit card, $1 | | | 130052560.004 | |
| Recovered Date/Time | Location | Owner | | |
| | | ,  | | |

### 1306 - Recording - Compact Disk CD / DVD 5427 [WRNEARINGM (00436)]

| Property Class | IBR Type | UCR Type |
|---|---|---|
| | | |

CR No: 130052560

| 27 | 27 - Recordings-Audio/Visual | F - TV's, Radios, Stereos, Etc... | | |
|----|----|----|----|----|
| Status | | | Count | Value |
| E - Evidence (Including Other Seized Property And Tools) | | | 7 | 1 |
| Description | | Disposition | Evidence Tag | |
| audio communications | | | 130052560.005 | |
| Recovered Date/Time | Location | Owner | | |
| | | □, | | |

| Narrative: |
|---|
| CR No: 130052560-001   Written By: WRNUNNH (00147)   Date: 09/02/2013 12:55 PM |

Note to DB - photos taken/downloaded into Document Management, no
latent prints pulled, evidence seized.

   On Friday, 083013 @ 1112, R/R to 25509 Doncea, Warren, MI REF;
Accidental Death/ETU request by S-1[Sgt Gill/525]. U/S had been taking
digital photographs for anther incident and had heard 2E-
21[Barnhill/039] & 2A-21[McKibben/061] requesting immediate assistance
w/a combative subj, later identified as [a]NATHAN PELLOWS]. When U/S
finished and was leaving the station, there were several instances when
the police radio had been activated and sounds of a struggle were
heard. Before arrival to the scene, 2H-50[VanHorn/036 & Adams/200]
advised that they were accompanying WRFD and [a]PELLOWS to St Johns
Oakland ER for treatment.

   The scene involves 2 trailer parks; Park Lane[Doncea] and Warren
Estates [Nuway]. Doncea and Nuway run North/South, parallel to each
other. The trailers sit East/West, in Park Lane facing Doncea and in
Warren Estates facing Nuway. The original call, 10-50, was at 25509
Doncea. During the course of events, [a]PELLOWS charged thru f/Doncea
to Nuway and finished at 25345 Nuway.

   Upon arrival to 25509 Doncea at approx 1145 U/S was directed by S-1
to respond to T-45 [Roy/083] location and take digital photographs.
Trailer 25509 sits on the W side of the street, placed E/W and the
entrance door is on the N side, opening into a vacant lot. T-45
directed U/S to the N side of trailer 25345 Nuway, the W side of the
cement entrance steps. U/S observed the skirting of the trailer
severely bent in abnd the ground in the area evident of that of a
struggle. Using WRPD issued Nikon D-90 digital camera #22, U/S took
several photos of the entire scene. [1149]

   U/S returned to 25509 Doncea. The trailer is parked on the W side of
Doncea, placed E/W and the entrance door is on the S side of the

CR No: 130052560

trailer opening onto a small porch/steps, decorated lawn w/various lawn ornaments, lawn furniture, a grill and many other items. The homeowner of 25509 Doncea's veh, 2004/Chev/ Trailblazer VIN███████████ PLATE/MI/DX24C black in color, was parked in front of that address, facing N.  [A]PELLOWS's veh, 1997/Pontiac/Transport VIN/ 1GMDU06E6VD242974  PLATE/MI/CHR3775  green in color, final resting place was S of the trailer in the lawn.  The 04 Chev was struck by the 97 Pont and suffered damage to the driver's front. Everything in the path of the 97 Pont was severely damaged/moved/broken.  The gas line was struck and Consumer's Power arrived on the scene and shut the valve off. Using WRPD issued Nikon D-90 digital camera #22, U/S took several photos of the entire scene. [1153]

U/S responded to St John Oakland ER, Madison Heights, MI and made contact w/2H-50. U/S was informed that [a]PELLOWS had arrived at the ER at 1138 and was pronounced at 1202 by the ER Dr. U/S located WRFD BRIAN JACOBS who had received injuries while he was aiding the officers at the scene on Nuway. U/S observed deep redness on the right side of his neck and redness/swelling under his left eye. Using WRPD issued Nikon D-90 digital camera #22, U/S took photos of JACOBS. [1206]

[a]PELLOWS was lying on a gurney in a trauma room, the ER Dr at his side. Using WRPD issued Nikon D-90 digital camera #22, U/S took several photos of the [a]PELLOWS. [1207] U/S inquired whether a body temp of [a]PELLOW had been taken. The ER Dr was not sure so U/S requested one be taken; oral temp was taken at 1212, 98.1. U/S requested that [a]PELLOWS be turned so digital photographs could be taken of his backside. An unidentified nurse [short/dark haired] arrived to help the ER Dr turn the body. While U/S was taking the photos the Unk Nurse expressed, "One minute he had a pulse and the next he didn't." Ofc Adams tot the following items to U/S, advising they were taken off [a]PELLOWS by ER personnel; blu plaid undershorts[130052560.003], a $1.00 bill & a VISA credit card█████████ w/the name "Jennifer Plato" on it. U/S secured the item in a hospital plastic bag and placed same into ETU #22.

U/S returned to 25509 Doncea and located 2A-21. Ofc McKibben had suffered injuries during the effort to get the combative [a]PELLOW under control. U/S observed various stains to the front and back of the uniform pants and the uniform shirt worn by Ofc McKibben. U/S observed what appeared to be a tear in the rear of the uniform pants. There was a small cut to the thumb of McKibben's left hand/ several marks on his left forearm and redness/swelling to the back of his head, behind his right ear. Using WRPD issued Nikon D-90 digital camera #22, U/S took

CR No: 130052560

photos of McKibben and the above described injuries. [1237]

While standing in front of 25415 Doncea, using WRPD issued Nikon D-90 digital camera #22, U/S took photos of the path traveled by [a]PELLOWS f/ the time he exited the 97 Transport to the time he was placed on a gurney by WRFD. U/S located the radio clip that had been broken off during the incident SW of 25415 Doncea. U/S photographed same. [1241]

U/S made contact w/2E-21 and observed various stains to the uniform pants of Ofc Barnhill. U/S observed redness to the right forearm, elbow, lft forearm and a deep red line imprint of the bow of his sunglasses above his rt ear. Using WRPD issued Nikon D-90 digital camera #22, U/S took photos of Barnhill and the above described injuries. [1251]

The tow agency wrecker arrived and the 97 Transport was removed f/in front of 25509 Doncea. Using WRPD issued Nikon D-90 digital camera #22, U/S took photos of the front yard area and all the damage sustained. [1312]

At 1445 U/S was directed to respond to the ETU Garage/WRPD to execute/process the S&W. Under the direction of Det Nearing/436 and the signed search warrant, before, during and after U/S took several photos of the above listed veh, interior and exterior. Using WRPD issued Nikon D-90 digital camera #22, U/S photographed the interior, exterior, & engine. U/S located a metro PC Coolpad 4G cell phone and charger on the floor between the 2 front seats in front of the center console. The cell phone was tot Det Nearing/436. U/S located a used needle/syringe in the pocket on the rear of the front passenger seat, a burnt foil paper on the front passenger floorboard, and a multiple folded piece of paper on the floor near the cell phone.

After donning powder free latex exam gloves, U/S seized the needle/syringe, the foil paper and the folded paper. Before, during and after these items were seized under this search warrant, using WRPD issued Nikon D-90 digital camera #22, U/S took several photos of the entire scene. All of these photos were later downloaded into WRPD imaging system under WRPD case #13-52560. All property taken other than the cell phone was tot property room.

All of these seized items were listed on the search warrant tabulation sheet by U/S and witnessed by Det Nearing/436. A copy of the search warrant tabulation sheet was signed by Det. Nearing and was

CR No: 130052560

left on the dash at the completion of the tabulation sheet at approx 1333 hrs.

This report was written on 090213 @ 1000.

| CR No: 130052560-002 | Written By: WRMCKIBBENS (00061) | Date: 08/30/2013 06:21 PM |
| --- | --- | --- |

As a condition of my employment I was ordered by Captain Matheney to submit this report.

On 08/30/2013 at 1112 Hrs Officer Barhill and I (McKibben) were dispatched to 25509 Doncea for an unknown car crash. Dispatch then advised that the driver may be under the influence. While responding to the scene Officer Barhill had called out and asked for me to step it up. Moments later he again asked dispatch for another car to assist along with me. The driver had become belligerent, physical and he needed back-up.

I was e/b 10 mile approaching Doncea when Officer Barhill stated the suspect was trying to flee the scene to the west between the trailers. I observed Officer Barhill moving to the west and I pulled my patrol car through the grass to the west just south of 25415 Doncea (The suspect was later ID as Nathan Pellow). Officer Barhill then advised over the air that the suspect was coming right at me. I could not see him. I stopped my vehicle and then observed a very large w/m (601" & 265 lbs) coming my direction wearing only boxer shorts underwear and was sweating profusely. Pellow's fists were clinched and he was bleeding from the right side of his mouth from the car crash. Officer Barhill was ordering him to stop. I stood in front of Pellow in an attempt to conduct an arrest. Pellow would not stop and Officer Barhill then pushed him from behind causing Pellow to fall to the ground. Pellow started to get back up and Officers order him to the ground with loud verbal commands. Pellow would not comply. I use a one second burst of my departmental issued pepper spray hitting Pellow directly in the face. The pepper spray had no affect and Officer tried again to gain control of Pellow with negative results. I sprayed Pellow 2 more times, also with negative results. Pellow was yelling loudly with his fists still clinched while swinging his arms around at Officers. Pellow then charged me, grabbing my left arm. I turned to the left in an attempt to get away from Pellow however he still was able to throw me to the ground. While I was lying on my back Pellow lunged, and swung at me with his left fist striking my left shoulder above my badge. Officer Barhill knocked Pellow off of me, allowing me to stand back up. I returned to assist Officer Barhill with Pellow. Pellow was enraged, fists clinched and yelling at Officers while swing his arms around. Officers once again knocked Pellow to the ground in an attempt to handcuff him. Pellow continued to swing and fight with Officers. Pellow put his right arm out and started to push himself off the ground. I struck his right arm 2 or 3 times with my flash light in an attempt to stop him from getting up with negative results. Officers fought with Pellow for several minutes covering approximately 150 yards. Officer asked for more back-up and gave a physical description of Pellow. Officers were able to knock Pellow off his feet 4 times however were never able to control/handcuff him. Officers were becoming winded when WFD (engine 3)

CR No: 130052560

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

arrived on scene, I advised them he was unarmed and asked for their help getting him to the ground. Four unknown Warren firefighters then gave assistance. Pellow attempted to enter the rear door of a blue trailer on the west side of Nuway. Pellow was standing on the top of stairs when I grabbed Pellow's right arm while he was trying to enter the trailer. I pulled him to the west off the stair case where WFD assisted in taking him to the ground. I observed Pellow punch one firefighter in the face while he was being taken to the ground. I and 3 firefighters were trying to handcuff Pellow. Officer Barhill and other firefighters were attempting to gain control of his legs as he was kicking us. Pellow continued to fight with all Officers during the handcuffing. Officers were still yelling loud verbal commands with a negative response from Pellow. Sgt Gill, Officers R-Roy, Adams and Vanhorn arrived on scene and gave assistance.

After approximately 2 more minutes we were still trying to handcuff Pellow as he was lying on his stomach while keeping his arms under him. Offices were still giving loud verbal commands to stop and give us your hands. Someone yelled fresh bodies and other gave assistance. A short time later we were able to handcuff Pellow.

WFD rolled Pellow over to his back and were taking vitals when a WFD stated his pulse was weak and called for more assistance. Pellow was transported to St John's Oakland hospital by WFD for treatment. I then canvassed area for witnesses, recovered the registration and insurance from the suspect vehicle for the UD-10 report.

Lt Novak arrived on scene and I briefed him on this incident.

During the fight with Pellow I injured my back and responded to Concentra for treatment.

I returned to the Department and completed a Form 11 as well as Use of force, injured prisoner and Officer Injury forms.

Robert Gene McBain ▉▉▉▉▉▉▉▉▉▉ and Stephen Allan Sherman ▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉. Both stated that they have seen Pellow on several occasions speeding up and down Doncea and were in fear for their children's safety.

---

**CR No: 130052560-003    Written By: WRKOHLRUSSM (00053)    Date: 08/30/2013 03:31 PM**

On 8-30-13 at 1445 hours, I arrived at St. John Oakland hospital ER to relieve officers VanHorn and Adams on security of the deceased person form this incident.  I stood by until the body was released By Det. Reichling to Michael Caplan of Heritage Services at 1512 hours.

---

**CR No: 130052560-004    Written By: WRKIJEWSKIB (00414)    Date: 08/30/2013 03:48 PM**

08-30-2013 at approximately 12:42 hrs I received a phone call from D/SGT Mills who stated that an in custody death occurred Doncea.

I responded to 25509 Doncea and observed the Pontiac Transport that struck the trailer and front

CR No: 130052560

porch area of the home.

I then noted that LT. Novak, SGT Gill, Capt. Matheney, Ofc Mckibben, Ofc Barnhill, Ofc Sciullo, Ofc Roy and ETU Nunn where on the scene. Shortly after I
arrived, Detective Nearing,Salisbury, Bradley also arrived to assist.

I spoke with LT. Novak who handed me three witness statement. The statements were from Harold Stansell, Jennifer Pellow, and Mike Paavo.

I then spoke with Capt. Matheney, who stated that Jennifer Pellow, wife of the suspect, had given consent for officers to search her home for and narcotic evidence. I then responded to 25452 Doncea and spoke with SGT. Gill and Officer McKibben who were already inside. When I responded to the south bedroom Jennifer Pellow was going through a dresser that was in a bedroom that they share. She removed the clothing from the drawers. There was no evidence of drug equipment or drugs in the room, dresser or home. Nothing was taken from the home.

At this point I directed Detectives Bradley, Nearing and Salisbury to do a door to door canvass at the crash site, where the officers fought with the suspect (later identified as Nathan Pellow) and the site where he was finally arrested. Please see their supplements.

I also directed ETU Nunn to photograph all areas of the scene.

I then looked over the witness statements.

I spoke with Stansell, who stated that it was his trailer that was struck. He stated that he was in the house when he heard a loud noise and felt the trailer shake. He stated that he looked in the yard and saw a van. He also stated that he saw the driver fall out of the car onto the ground. He then stated that the driver then walked away. I asked Stansell if he would come to the station for an interview and he declined.

I then reviewed the statement from Jennifer Pellow, which stated, "Woke up this morning my husband said he was going to the store and going to his moms to drop the van off. I came out in the living room and heard a loud boom sound and we looked outside didn't see anything came back in and then the neighbor said he ran into the house across the street. Then went and drove down to were they found him."

I then reviewed the statement form Mike Paavo, which stated, "seen Nate for 15 mins this

CR No: 130052560

morning, he seemed fine I spoke with him. he walked out of the house while the rest of us inside. Within a matter of minutes we heard a big boom didn't think anything of it. looked outside seen nothing then a lady across street came over and said it was Nate's van. Next i seen him surrounded by cops."

I was then handed two witness statements from Officer Sciullo. The statements were from Kayla Jordan and James Sims.

I reviewed the statement from Jordan which stated "I came outside right after he hit the trailer, and he started walking down the street with 2 cops following him telling him to stop. He kept walking and crossed into the other side. He was trying to push and hit the cops, even after they maced him. After a good 15 mins of him running from them, they got him down on some trailer stairs.

I then reviewed the statement from James Sims. He stated "I was sitting on my porch and heard a crash. I looked over to see this van running into a yard. The home owner came out a few minutes later the driver go out as the cops were pulling up. The driver started walking through the field. Then I seen the driver push a cop down and the other cop pushed the driver down and started hitting him with his flash light. The driver got up started running. The cops tried pushing him down and tried to mace him the driver then tried to run into a trailer and a fireman hit the driver and then all of the cops swarmed the man and 5 minutes later they put him on a stretcher.

I then went to ██████████ to speak with Sims. I asked him which officer had hit the man with the flash light. He stated that it was the first officer on the scene, meaning Barnhill. I asked where the man was struck. Sims stated that the man was struck in the "arm" area. He could not provide any other details.

At this time I was informed that Detective Bozek and Reichling had responded to Oakland General Hospital where the suspect, Pellow, was pronounced deceased. Please see their supplement.

After the Detectives and the ETU finished their work, Able towing was called to tow the suspect vehicle to the station. Officer Roy followed the vehicle to the station where it was to be placed in the ETU garage.

At this time I directed Detective Nearing and Salisbury to execute a search warrant on the vehicle when they got back to the station.

CR No: 130052560

I then left the scene and responded to the clinic to speak with Officer Barnhill. I asked officer Barnhill if at any time he struck Pellow with anything other then his hands. Officer Barnhill stated "no". I then asked Officer Barnhill if he struck Pellow with a flashlight. Officer Barnhill stated "no". He stated that he does not carry a big flashlight, but only a small plastic one.

I then left the clinic and responded to the Warren Fire Department located at Bart and Ryan to speak with the firefighters that assisted in apprehending Pellow.

I arrived at the station and received written statement from Firefighters Thrift, Breen, Muirhead, Garwood and Jacobs. I reviewed all the statements especially the ones from Jacobs and Thrift.

The statement from Jacobs indicated while he was assisting the police department, he was punched in the face by Pellow.

The statement from Thrift indicated while he was assisting the police department he was bit on the left are by Pellow.

Please see all written statements.

I then returned to the station.

CR No: 130052560-005   Written By: WRROYR (00085)   Date: 08/30/2013 04:06 PM

As a condition of my employment I was ordered by Captain Matheney to give this written communication.
On 08-30-2013 at approx 1115 hrs I was dispatched to 25509 Doncea to assist other officers with an unk accident. The driver of the suspect vehicle had fled the scene and was not complying with officer's commands to stop. While I was en-route to the scene officers were now physically fighting with the suspect on one street west of where the accident happened. Other units were also responding to the scene at this point.
On my arrival I noticed WFD was also on scene and assisting officers who were attempting to get the subject under control.
I noticed the suspect was facedown next to the staircase next to a trailer and was still fighting with officers. As I was approaching SGT Gill advised me to stay back. The suspect was against the trailer holding his arms under his body. He was given loud commands by officers to stop fighting and to put his arms behind his back to which he still refused to do. I noticed that PO Mckibben and the fireman assisting at this point were getting out of breath. The suspect was

CR No: 130052560

pulled slightly back away from the trailer by the feet so there was more room to get control of him. I saw PO Mckibben still struggling with the suspect's right arm as a fireman was still on the left side trying to control the suspect's left arm. I moved in and assisted PO Mckibben with getting the suspect's right arm behind his back and handcuffed. I grabbed the suspect's right wrist and was able to get his arm behind his back and handcuffed to his left arm that was already handcuffed. Once the suspect was handcuffed I heard some one say to secure his feet. At this point PO Barnhill was holding down the suspect's left leg by his ankle and a fireman had his right leg secured. I was able to get one handcuffed on his left ankle and was handed another pair of handcuffs to secure his right ankle. Due to his size there was a third pair of handcuffs used between the handcuffs.

Once the suspect was secured, officers backed off and the suspect was rolled over onto his back at which point it was noticed that he was unresponsive.

The suspect was checked by WFD who treated him on scene and transported him.

I was advised by SGT. Gill to secure the scene until an ETU responded and processed the scene. I then responded to the accident scene per SGT. Gill to secure that scene from citizens walking around. The suspect's vehicle was towed to the station and placed in the ETU garage. I followed the tow truck driver to the station.

While on scene PO Mckibben and I were approached by a W/F who was later indentified as the suspect's wife. She had advised us her husband had used heroin before.

---

CR No: 130052560-006    Written By: WRADAMSJ (00200)    Date: 08/30/2013 05:30 PM

I am writing this form 11 pursuant to an order by Capt. Matheny as a condition of my employment with the Warren Police Department.

On 08-30-2013 at approximately 1112 hrs 2E21 Officer Barnhill and 2A21 Officer Mckibben were dispatched to an accident in the Doncea Trailer Park.

Officer Vanhorn and I (Officer Adams) working 2H50 overheard Officer Barnhill radio dispatch and state that he had a subject not responding to verbal commands. Officer Barnhill requested back up through dispatch. We continued to listen to the radio and overheard Officer Barnhill and Officer Mckibben state that they were fighting with a subject. We left the station and responded to the scene while overhearing constant screaming on the radio. We arrived at Nuway north of 10 mile and were directed to the north side of a trailer on the west side of Nuway.

I observed Officer Mckibben, Barnhill, Roy and unknown WFD firefighters trying to gain control of a W/M who was lying face down. The W/M was later identified as Nathan Wesley Pellow 08-08-1982. The officers and firefighters were fighting with Pellow in an attempt to place his hands and ankles into handcuffs. Pellow was kicking his feet and pulling his arms away. I stepped onto Pellow's left leg and observed Officer Barnhill struggling to place the Pellow's legs into handcuffs.

I felt Pellow kick his left leg which was under my left foot. I told Pellow to stop kicking and Pellow

CR No: 130052560

disregarded my command. Pellow kicked two or three more times and I kicked Pellow two to three times in the upper left leg near the common peronial nerve. We are trained to deliver strikes to the common peronial nerve to gain compliance through pain with minimal injury.

I handed Officer Barnhill my oversized handcuffs and he and other officers were eventually able to gain control of Pellow's ankles and place them into handcuffs.

Pellow was rolled over and I observed that his face was purple. It appeared that Pellow was not breathing. WFD began treatment and placed Pellow onto a stretcher and into an ambulance.

I accompanied WFD in the ambulance while they were transporting Pellow to St. John Oakland for treatment. Officer Vanhorn escorted the ambulance in our fully marked patrol car.

Pellow was treated by the emergency room staff at St. John Oakland and was placed under the care of Dr. Crammer. Dr. Crammer informed us that Pellow's time of death was 1202 hrs. We notified Lt. Novak and Sgt. Gill of Pellow's time of death.

I spoke with WFD Engine 3/Squad 3 personnel at St. John Oakland and handed them witness statements to complete. I also observed that one firefighters face was swollen on the left side and his neck was red. The firefighter told me that he had been punched by Pellow. ETU Nunn arrived and took pictures of the unknown firefighter. I was unable to get names from the firefighters because they had to return to Doncea to handle a gas situation.

Det. Bozek and Reichling responded to St. John Oakland. We were informed that no one was to enter the room where Pellow's body was kept until cleared by the Oakland County Medical Examiner. We did not let anyone enter the room.

We were relieved by 2C11 Officer Kohlruss. We were informed by Det. Sgt. Mills that the witness statements given to Engine 3 and Squad 3 had been completed and picked up by another officer.

See Non-Lethal Force Report Form 171.

CR No: 130052560-007   Written By: WRVANHORND (00036)   Date: 08/30/2013 04:58 PM

I am writing this form 11 pursuant to an order by Capt. Matheny as a condition on my employment with the Warren Police Department.

On 08-30-2013 at 1112 hrs Officer Barnhill and Mckibben were dispatched to an address on Doncea reference to an accident. A short time later, Officer Adams and I (VanHorn) were at the Warren Police Department when we heard Officer Barnhill begin asking for assistance. Officer Adams and I could hear Officer Barnhill out of breath and a sense of urgency in his voice. At this time, I responded to the location utilizing all emergency lights and siren.

While responding to the area, Officer Adams and I could hear Officer Barnhill and Officer Mckibben physically fighting with a subject later identified as (Nathan Wesley PELLOW, w/m 08-08-1982) over the radio. Officer Barnhill and Mckibben's radios were continually going off while struggling with PELLOW. Officer Adams and I could hear struggling, out of breath breathing and commotion going on.

As Officer Adams and I arrived on Nuway, Officer Adams and I observed on the north side of a trailer at

CR No: 130052550

unknown address Officer's Barnhill, Mckibben and Roy and unknown Warren Firemen physically fighting with PELLOW. PELLOW was kicking and struggling with Officer's and Warren Firemen, while Officer's continually gave verbal commands to stop resisting and stop kicking. PELLOW ignored these commands and continued to kick and struggle with Officer's. After struggling with PELLOW, Officer's were finally able to place PELLOW in handcuffs and leg cuffs for Officer's safety.

At this time, WFD from Squad #3 observed PELLOW to have discoloration to his face and felt for pulse. Warren Firemen stated that they felt a faint pulse and began administering CPR to PELLOW. WFD Squad #3 then transported PELLOW to St. John Oakland Hospital where attending Doctors and Nurses continued to administer aide. After 20 minutes of CPR, attending Doctor Crammner pronounced PELLOW deceased at 1202 hrs.

Officer Adams and I remained at St. John Oakland Hospital for Det. Bozek and Det. Rechling. Oakland County Medical Examiner eventually arrived and took possession of the deceased PELLOW.

---

CR No: 130052560-008    Written By: WRBARNHILLK (00039)    Date: 08/30/2013 06:23 PM

I am writing this form 11 pursuant to an order from Capt. Matheney as a condition of my employment with the City of Warren.

On 08-30-13 at 11:12 hours, I (Barnhill) received run to 25509 Doncea RE: 10-50. Dispatch advised the driver might be intoxicated and advised 2A21 to also respond to scene.

I arrived on scene shortly afterwards and at first didn't locate the accident but as I pulled up to the trailer (25509 Doncea) I observed a green Pontiac Transport on the lawn facing w/b directly in front of the front porch. I also observed wreckage of car parts, lawn ornaments and flowers scattered throughout the yard. I also observed the southeast corner of the mobile home to be severely damaged from the vehicle that just collided with the mobile home.

At this time, as I pulled up, I observed a large w/m (6'01 245) later id'd as Nathan Pellow, open the door (of the crashed vehicle) suddenly and stumble out of the vehicle. I observed Pellow to stagger around for a moment and then as he was stumbling around, he fell to the ground. I also observed Pellow to be bleeding slightly from his nose.

At this time, Pellow fell to the ground approximately 15 from his vehicle and as he was on the ground, a w/m (neighbor) was standing near him to assist him. I observed the vehicle was still running, so I advised Pellow to stay on the ground because WFD would be arriving soon to treat any injuries. During this time, I observed Pellow to be incoherent, dazed and uncommunicative. As I shut off the vehicle, to prevent any further damages, I asked Pellow to just relax and stay on the ground. But, Pellow was uncooperative and refused to listen to any commands. After I shut off the vehicle, I turned around and observed the neighbor standing near Pellow attempting to calm him and keep him on the ground until WFD arrived on scene. But as the neighbor was trying to calm him and keep him on the ground, Pellow grabbed the neighbor at his leg area in a very strong aggressive manner and attempt to get to his feet.

At this time, I asked the neighbor if he knew Pellow and the neighbor stated he does not know him and he

CR No: 130052560

is not friends with him. Subsequently, I ordered the neighbor to step away from Pellow and clear the scene, due to Pellows' unpredictable behavior and possibly being highly intoxicated. The neighbor was able to move away from Pellow and walk away.

Pellow was then able to get to his feet, against my orders to stay on the ground, and he began to walk toward me. I ordered Pellow to not advance toward me and to stay back. Pellow continued to walk toward me with his fists clenched and with a dazed glassy distant look. I ordered him several more times to stay away and stop advancing toward me but he continued. After I backed up several feet, he continued to get closer, I pushed him away with both of my hands on his chest. Pellow moved back a few feet and then redirected his steps and begin staggering s/b Doncea.

I began to order Pellow to stop and talk to me but Pellow continued to stagger several mobile homes south of original address and then approximately 6 mobile homes south, Pellow changed direction to stagger w/b through the yard.

Due to the behavior, size and current threat of another physical confrontation with Pellow, I asked for A21 to step it up and also asked Dispatch to send additional units.

As Pellow rounded the s/w side of the trailer, he continued to stagger s/b through the yard. Approximately two - three trailers south of my location, I observed 2A21 - Ofc. McKibben pull up on the yard and attempt to cut off Pellow. As Ofc. McKibben stood by his car both officers advised Pellow to stop. I was approximately 15 feet behind Pellow. I observed Pellow continue to advance while looking more aggressive and erratic in his behavior. At this time, in an attempt to handcuff Pellow, I pushed Pellow from behind and Pellow fell to the ground. After Pellow fell to the ground, we were unable to gain control of Pellow, due to his struggling and fighting with us. Suddenly, Pellow rose to his feet and began to walk away again. During this entire time, officers were ordering Pellow to stop resisting.

At this time, Ofc. Mckibbon ordered Pellow to the ground but Pellow did not comply. Ofc. McKibbon retrieved his department issued OC Spray and sprayed Pellow. The pepper spray hit Pellow in the face and the spray had virtually no affect on Pellow.

At this time, Officers attempted to gain control of Pellow and as we were doing so, Pellow threw a punch at Ofc. McKibbon and then was able to suddenly grab Ofc. McKibbon and throw him to the ground. As Ofc. McKibbon was on the ground on his back, Pellow attempted to gain an aggressive combative position over Ofc. McKibbon. At which time, I advanced toward Pellow and pushed Pellow off of Ofc. McKibbon. As Pellow was on the ground, I began to order Ofc. McKibbon back to his feet so we could gain control of Pellow. Pellow was sprayed again by Ofc. Mckibbon and I also sprayed Pellow directly in the face. I sprayed Pellow approximately 3-4 times having no affect on Pellow. During this altercation, Pellow continued to clench his fists, lock his jaw and make guttural screams at officers.

Pellow was again pushed to the ground by me and Ofc. McKibbon and I again attempted to subdue Pellow and place handcuffs on Pellow. Pellow fought against officers and officers were unable to successfully handcuff Pellow. After Pellow crossed over New Way Street, I attempted to strike Pellow to the right common peronial, with my right leg with the leg strike having no affect on Pellow.

CR No: 130052560

After the strike, he continued to stagger away from officers and attempted to leave the area with officers ordering him to the ground. Due to this aggressive combative behavior I again sprayed Pellow with a 1 second burst of OC spray. This again seemed to have no affect on Pellow.

Eventually, as Pellow continued to walk around the vacant lot area on the west side of New Way Street and resist officers, WFD arrived on scene and Pellow went on the porch of a mobile home. Officers fearing that Pellow might gain access to the mobile home requested the assistance of WFD to handcuff Pellow. At this time, Pellow was knocked off the porch by WFD and three to four firefighters attempted to restrain Pellow while Ofc. McKibbon attempted to handcuff Pellow and I attempted to control Pellow's legs with another firefighter. I had control of his left leg and the firefighter held his right leg, to prevent Pellow from kicking officers and firefighters. During this time, Sgt. Gill arrived on scene with Ofc. Roy, Vanhorn and Adams arriving shortly afterwards. Sgt. Gill, Ofc. Adams and Ofc. Roy assisted me in placing handcuffs on Pellow's ankles.

Officers and firefighters were able to handcuff Pellow prior to us cuffing his ankles. After Pellow was handcuffed, Firefighters rolled Pellow on his back and he was lifted onto their gurney to be treated for any injuries. He was subsequently transported to St. Johns-Oakland hospital.

Following this incident, I went back to the scene of the accident to complete the form 10 and acquire witness statements. Shortly afterwards, I went to Concentra for treatment of my right shoulder and lower back which were injured during the incident.

---

**CR No: 130052560-009    Written By: WRGILLA (00434)    Date: 08/31/2013 11:29 AM**

On 08-30-13 at approximately 1115 hours, I (Sergeant Gill #525) heard Officer Barnhill request assistance with a subject attempting to flee from an accident that occurred at 25509 Doncea. Meanwhile, Officer McKibben was dispatched for assistance. I then heard an officer request for additional help, that the subject was physically fighting with officers, and that they were one street west of Doncea on Nuway. I proceeded immediately to the scene and observed Officers Barnhill and McKibben along with four or five Warren Firemen attempting to handcuff a white male, later identified as Nathan Pellow. Pellow failed to obey verbal commands and actively resisted officer's attempts to gain control of him. A crowd of people formed, began approaching the scene and I gave verbal orders for everyone to stay back and not to interfere. Officers were eventually able to secure Pellow in handcuffs. An unidentified firefighter recognized that Pellow had a weak pulse and transported him to St. John's Oakland Hospital for treatment.

Officer McKibben indicated that he strained his back and Officer Barnhill claims that he injured a shoulder during the fight with Pellow. I directed the officers to respond to the clinic after clearing the scene.

I notified both Lieutenant Novak and Lieutenant Eppich on the details of the situation and secured the scene by placing officers at both the accident location on Doncea and the sight where Pellow fought with officers on Nuway. I also directed officers to begin canvassing the area and to collect witness statements

CR No: 130052560

from anyone in the area that observed anything regarding this incident or Nathan Pellow.

I spoke with Pellow's wife, Jennifer Pellow, and she states that her husband recently relapsed and uses heroin. Jennifer added that Nathan has health problems (she was not specific), takes several prescription medications, and suffers from depression.

I received information from Officer Adams that Doctor Crammer pronounced Nathan Pellow dead at 1202 hours.

Captain Matheney, Lieutenant Novak, Sergeant Kijewski, along with Detectives Nearing, Salisbury, and Bradley responded to the scene where I briefed them on the information regarding this incident.

The park manager (Mary unknown last name) stated that they recently (08-15-13) received a formal complaint from several residents that Pellow recklessly drives up and down the street at a high rate of speed while children are playing in the area and that he was being evicted from the park. I collected several witness statements along with the formal complaint and forwarded all of this information to Detective Salisbury.

| CR No: 130052560-010 | Written By: WRNEARINGM (00436) | Date: 09/02/2013 07:41 AM |
| --- | --- | --- |

ASSIGNMENT:                08-30-2013
On this date, the undersigned detective was assigned this complaint.


HISTORY:                   08-30-2013
See original incident reports.


INVESTIGATION:             08-30-2013
On this date, the undersigned detective was advised of a traffic crash and arrest incident that occurred 25509 Doncea after which listed suspect Nathan Pellow stopped breathing and was pronounced dead at St John Oakland Hospital. Undersigned assigned as OIC.

D/Cpl Reichling responded to St John-Oakland, while undersigned and D/Cpl. Salisbury responded to Doncea. D/Cpl. Bradley was also assigned to assist.

CR No: 130052560

On scene undersigned met with D/Sgt. Kijewski and Capt. Matheney. Sgt.
Kijewski advised he had spoke with patrol personnel and learned that at
approx 1115 hrs. Nathan Pellow was driving a 1997 Pontiac
Transport minivan and crashed into a mobile home trailer at
25509 Doncea. Witnesses observed Pellow in the driver's seat and then
exit the vehicle. As officers arrived Pellow tried to flee the scene
resisting officers and failing to follow commands. During which an
altercation occurred with officers being injured and assaulted before
Pellow could be taken into custody. Warren Police were assisted by
Warren Fire department personnel in gaining control of Pellow. A Warren
Fireman was also assaulted during the incident. When Pellow was
finally handcuffed and controlled officers noted he was possibly not
breathing and Warren fire took control of treatment. Pellow was
transported to St John Oakland Hospital where he was pronounced dead.

Sgt. Kijewski advised detectives to canvass the mobile homes in the
park near the incident to see if there were any witnesses to the
incident.

Undersigned spoke with persons or attempted to speak with persons at
the following address:

25318 Doncea- No answer at door.
▓▓▓▓▓▓▓▓▓- Joan Chenowith, did not witness the incident.
▓▓▓▓▓▓▓▓▓- Jamie Defillippo, did not witness the incident.
▓▓▓▓▓▓▓▓▓- Nancy Rabideau, did not witness the incident.
▓▓▓▓▓▓▓▓▓- WITNESS Christa Garcia - See written statement.
25346 Doncea- No answer at door.
25350 Doncea- No answer at door.
▓▓▓▓▓▓▓▓▓- Tim Burghard, did not witness the incident.
▓▓▓▓▓▓▓▓▓- Nanette Cory, did not witness the incident.

INTERVIEW: Witness Christa Garcia  08-30-2013

Undersigned during canvass of the area spoke with Christa Garcia. She
advised that she heard someone yelling outside of her trailer and when
she looked outside she saw a white male in his boxers assaulting a

CR No: 130052560

police officer. She stated officers asked the male to quit moving and remain calm. She stated the man ran from the "cops" and officers pusued until backup arrived and it took several officers to subdue the man. Garcia completed a written statement.

INVESTIGATION cont: 08-30-2013

Upon completion of the canvass undersigned returned to the Warren Police Department. The 1997 Pontiac was transported to the Warren Police Evidence Tech garage and secured until a search warrant could be completed. Undersigned completed a search warrant for the vehicle.

Search Warrant/search Pellow Vehicle - 08-30-2013

Undersigned completed afficavit for search warrant for the vehicle Pellow was driving, 1997 Pontiac Transport van. The Warrant was sworn to, signed and granted before 37th District Court Judge Dean Ausilio.

Warren Police Evidence Tech Holly Nunn executed the search warrant of the vehicle. She processed the vehicle for evidence along with photographing the vehicle. See her supplemental report. A Coolpad cell phone was seized during the search along with possible drug paraphernalia. Undersigned completed search warrant for cell phone information.

Search Warrant/search Cell phone found in 1997 Pontiac 08-30-2013

Undersigned completed afficavit for search warrant for the Coolpad cell phone found in the vehicle Pellow was driving. The Warrant was sworn to, signed and granted before 37th District Court Judge Dean Ausilio.

Undersigned along with Sgt. Mill's looked at text messages and call logs on the cell phone. There are several messages on the phone that appear to point to drug activety. Some messages have subjects asking Pellow if he has certain drugs. The cell phone was tagged as evidence

CR No: 130052560

under tag #130052560.001.

Autopsy          08-31-2013

Sgt. Mills advised undersigned 08-30-2013 to attend the Autopsy of
Nathan Pellow at Oakland County Medical Examiner's office at 0800 hrs
on 08-31-2013.

The autopsy was conducted by Dr. Dragovic. He advised preliminarily
that there were no signs of physical injury to the body the would have
caused the death, and that the heart (enlarged) and lungs were
abnormal. He stated that cause of death would not be made until
toxicoligy was back. Dragovic requested copies of police and fire dept
reports.

09-11-2013

Fire, accident and police reports sent to Oakland Co ME.

Autopsy Report   12-03-2013

Undersigned recieved copy of the medical examiner's report from Oakland
County written under their case number 13-4171. Cause of death was
listed as Substance Abuse.  Contributory cause listed as hypertrophic
cardiomyopathy and asphyxia by physical restraint. Manner of death was
listed as accident.

Request to Close        12-14-2013

Undersigned respectfully requests to close this complaint due to the
fact police procedures are complete. (08)

---

**CR No: 130052560-011**   Written By: **WRSALISBURYS (00183)**   Date: 09/02/2013 08:57 AM

ASSIGNMENT:          08-30-2013
On this date, undersigned was assigned to assist in this complaint.
HISTORY:          08-30-2013

CR No: 130052560

See original report.

INVESTIGATION:            08-30-2013

Detective made the location along with Detective Nearing. Upon arrival Detective Salisbury made contact with ▓▓ Harold Curtis Stansell, who lives ▓▓▓▓▓▓▓▓▓ Stansell stated he was in his trailer when he heard a loud crash from out side, and his trailer started shaking. Stansell stated he walked outside to observe a green Pontiac minivan crashed on his front lawn, which the passenger side van was smashed up against the gas meter. Stansell walked over to the driver side and noticed a white male in the driver seat, wearing a white T-shirt slumped over to the right and appeared to be unconscious (driver later identified as Nathan Pellow). Stansell stated he only observed the white male driver inside the vehicle.

Stansell went back in the trailer and called 911 and then walked back outside. As Stansell walked back over to the minivan still on the phone with 911, the driver Pellow opened the driver side door and stepped out of the vehicle. Stansell stated when Pellow came out of the minivan, he had no shirt on. Pellow took a couple of steps and the fell to the ground. As Pellow started to get up, Stansell's neighbor Tom (lives across the street) told Pellow to stay down and they were calling the police. Stansell stated at this time a fully marked scout arrived and an officer approached and told Pellow to stay down on the ground.

Stansell stated Pellow got up off the ground and began walking south on Doncea with the officer behind him. Stansell stated he seen a couple of more scout cars arrive and assist the first officer. Stansell stated Pellow was staggering as he walked, and the officers were following. Stansell stated he can not remember if the officers were speaking commands to Pellow or not. Stansell stated Pellow walked several trailers to the south and then cut in between the trailers and walked west towards Nu Way St. Stansell stated that was the last thing he remembers seeing.

Investigation Continued:            08-30-2013

Detective spoke with Kyle Lee Coviak who lives ▓▓▓▓▓▓▓ and is a maintenance worker at the Doncea Trailer Park Coviak stated he neither seen nor heard anything. Coviak did state there was an incident on August 15th, 2013 were Pellow was written up for excess speeding (attached to report).

Investigation Continued:            08-30-2013

Detective spoke with William Tweedlie who lives ▓▓▓▓▓▓▓ Tweedlie stated he came home after the incident and did not see anything. Tweedlie stated he knew of Pellow, who lived across the street from him. Tweedlie stated he always seen Pellow drinking the NOZ Energy drinks, and other energy drinks as well.

The Parklane Trailer Park write up against Pellow was scanned into the file.

---

CR No: 130052560-012    Written By: WRKIJEWSKIB (00414)    ATTACHMENT ONLY REPORT - No Narrative

---

CR No: 130052560-013    Written By: WRKIJEWSKIB (00414)    ATTACHMENT ONLY REPORT - No Narrative

---

CR No: 130052560-014    Written By: WRKIJEWSKIB (00414)    Date: 09/02/2013 11:03 AM

Created On 07/16/2014 01:51 PM

CR No: 130052560

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

add statements

| CR No: 130052560-015 | Written By: WRBRADLEYD (00146) | Date: 09/03/2013 10:47 AM |
| --- | --- | --- |

INVESTIGATION:                                08 30 2013
I (Det Bradley) responded to 25509 Doncea on report of an incident involving the Warren police and Nathan Pellow.

I was given the assignment to canvass the area to locate witnesses.

Michael McDermott, ██████████ & Nicolas McDermott, ██████████

- both stated they did not see anything.

Brett Boisvert, Jr, ██████████

- stated he did not see anything

The scene of the incident
Vacant.

No answer

No answer

Stephen Sherman, ██████████

- Stated he observed the Warren police trying to arrest a person he knew as "Nathan". Sherman said that in his opinion the police acted appropriately.
Sherman provided a written and orally recorded interview.

Created On 07/18/2014 01:51 PM

CR No: 130052560

No Answer

Cheryl Grace Lemaux,

- did not see the incident. She arrived on the scene after the fact.

---

CR No: 130052560-016   Written By: WRREICHLINGW (00437)   Date: 09/04/2013 12:51 PM

ASSIGNMENT:            08/30/2013
On this date, undersigned was assigned this complaint.
HISTORY:               08/30/2013
See original report.
INVESTIGATION:         08/30/2013
On this date at approximately 1210 hours Detective Bozek and I were
ordered by Sgt Mills to respond to Oakland General Hospital where
Nathan Pellow, deceased, had been transported.
We arrived on scene and found PO VanHorn sitting outside the closed
room where Pellow's body was being kept.
We spoke with RN Grewal Harjinder who had been attending to Nathan
Pellow.  RN Harjinder advised that when he was brought in Pellow had no
heart rate, pulse, or breathing.  CPR was done, meds were given, he was
intubated, but they never got a heart beat.  Pellow arrived in the ER
about 1138 hours.  Dr Kevin Cranmer was the attending physician who
pronounced him dead at 1202 hours.

We also spoke with Dr Kevin Cranmer who stated that the patient arrived
in asystole and never had any cardiac activity.

Detective Bozek and I viewed the body and did not notice any obvious
signs of sever trauma.  I did note 2 scratches on his right cheek, some
scratching around his right knee, a red abrasion on the right side of
his trunk area and redness on his chest.

I then spoke with Jennifer Pellow, the wife of Nathan Pellow.

Jennifer reported the following:

CR No: 130052560

She and Nathan have been married for fifteen months and have been together for two and a half years. Nathan had depression and a history of heroin use, but no other medical problems she was aware of.

Nathan's doctor was Dr Thomas Pinson whose office is on Stephenson Hwy in Madison Heights.

Nathan was taking the following prescription medications:
Cymbalta for depression
Flexeril for pain
Seroquel for a sleep aide
Suboxone for heroin addiction

Nathan was also using heroin and had used on Wednesday 08/28/13 and Thursday 08/29/2013.

On Wednesday Nathan was gone from the residence for a few hours in the afternoon (unknown times). When he returned home she could tell that he had been using heroin from the way he was acting and that he was sweaty. She did not say anything to him because she did not want to fight.

Yesterday (Thursday 08/29/13) around 1700 hours Nathan went out to an unknown location and said he would be right back. Around 1830 hours he returned home and she knew he had used heroin because he was all sweaty and had a red nose. Jennifer said this is what happens when he uses. Later (between 2100-0000 hours) at their residence in the bedroom Nathan told her, "Babe if im ever not breathing throw cold water on me". She asked why he was doing this, meaning why was he using heroin and hurting her with its use. He said just don't question me, that he did not want to be using and that he would be taking his suboxone tomorrow.

Jennifer also advised that when he used he shot up in his arm. Jennifer said that when she was speaking with him in the bedroom she could see a red mark on his arm (unknown which) that she later

CR No: 130052560

described to be around the elbow area.  When speaking with Nathan in the bedroom he admitted having used heroin.

She went to sleep, and woke up at 0400 and Nathan was there with her. She woke up again around 1030-1045 this morning. Nathan said he was going to the store to get cigarettes and to take the van to his mother's house.  Jennifer asked if he was coming back, and he said what do you think, Ill be back as soon as I can.

He left around 1130 hours driving off in a Green Montana minivan that belonged to his mother.  Right after he left she heard a loud boom and walked outside to see what happened.  She did not see anything, then her neighbor came over and asked if that was her van.

Jennifer saw the van in the yard of a trailer two houses down.  It appeared to have clipped the side of the trailer.  The van door was open and she saw his sandal in it, but he was gone.  She did not go in the van.  She saw him down the street with the police.  Jennifer said Nathan was on part of some back steps of a trailer and the cops were trying to get him out.  They got him out and said he was not responding.  Nathan was put on a stretcher, was placed in an ambulance and taken to the hospital.

Jennifer informed us that Nathan has been on and off heroin since he was 14-years-old.  He was not using when they first met, but relapsed a few (1 or 2) times since they were together up until the last week. Jennifer described the last week as having been "really bad" and said that he has used a couple times in the last few days.  Jennifer said Nathan has had stress at home due to money and employment issues.

We also spoke with Nathan's parents Wesley Pellow and Darlene Pellow. They had no information to add and Wesley said that he thought Nathan was clean.

The hospital contacted the Oakland County Medical Examiners Office who sent Michael Caplan from Heritage Services Funeral Home to transport the body to their office.

Created On 07/18/2014 01:51 PM

CR No: 130052560

Prior to removing the body, we allowed Jennifer, Darlene, Wesley and Nathan's sister Michelle Skultety to view the body in the room. Detective Bozek and I stood by in the room to ensure no one touched the body.

The body was then TOT Michael Caplan.  PO Kohlruss stood by with Caplan.

**CR No: 130052560-017   Written By: WRREICHLINGW (00437)   Date: 09/04/2013 02:28 PM**

ADD MICHAEL CAPLAN FROM HERITAGE SERVICES 586-291-1414 WHO REMOVED THE BODY FROM THE HOSPITAL TO THE OAKLAND COUNTY MEDICAL EXAMINERS OFFICE.

**CR No: 130052560-018   Written By: WRSALISBURYS (00183)   ATTACHMENT ONLY REPORT - No**

**CFS Narrative By: WRSCIULLOT (00188)**

got 2 witness statements and did a form 88

**CFS Narrative By: WRNOVAKD (00578)**

ASSISTED AT SCENE