# EXHIBIT N

**GARAN LUCOW MILLER P.C.**

Megan Cavanagh <mcavanagh@garanlucow.com>

## Fwd: Pellows v. Barnhart
1 message

**Julie Druzinski** <jdruzinski@garanlucow.com>  Fri, Dec 9, 2016 at 12:11 PM
To: Megan Cavanagh <mcavanagh@garanlucow.com>

**Julie L. Druzinski, Esq.**
Garan Lucow Miller, P.C.
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207
Direct: 313.446.5527
jdruzinski@garanlucow.com


---------- Forwarded message ----------
From: **Ben Gonek** <ben@goneklaw.com>
Date: Sun, May 15, 2016 at 10:17 PM
Subject: Pellows v. Barnhart
To: "jgillooly@garanlucow.com" <jgillooly@garanlucow.com>
Cc: "jdruzinski@garanlucow.com" <jdruzinski@garanlucow.com>, Joel Sklar <joelb79@hotmail.com>, Joel Sklar <joelsklarlaw@gmail.com>

Hi John,

Hope all is well with you. I called and left a message with you on Friday. I just wanted to let you and Julie know that in light of Arthur Gil's testimony, Ms. Pellows is going to be filing a complaint with the FBI for a civil rights violation and obstruction of justice against the Defendants and the City of Warren. In light of this, I will be advising the officers tomorrow that they have Fifth Amendment rights they may want to assert. I just wanted to give you the heads up on this.

I look forward to seeing you.

Ben