# EXHIBIT O

Shane McKibben                                              May 18, 2016

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

JENNIFER PELLOW, as Personal
Representative of the Estate of
NATHAN WESLEY PELLOW,

        Plaintiff,

vs.                                    Case No. 15-11765

                                    Hon. Terrance G. Berg

KEVIN BARNHILL, SHANE McKIBBEN,
ARTHUR L. GILL, ROBERT ROY,
JOHN ADAMS and DALE VAN HORN,
Jointly and Severally,

        Defendants.
_____

        The Deposition of OFFICER SHANE McKIBBEN,
        Taken at 29900 South Civic Boulevard, 2nd floor,
        Warren, Michigan,
        Commencing at 10:08 a.m.,
        Wednesday, May 18, 2016,
        Before Melodie P. Stafford, CSR-8604, RPR, RMR.

Page 2

```
 1   APPEARANCES:
 2
 3   JOEL B. SKLAR
 4   Law Offices of Joel B. Sklar
 5   615 Griswold Street
 6   Suite 1116
 7   Detroit, Michigan 48226
 8   313-963-4529
 9   joel@joelbsklar.com
10       Appearing on behalf of the Plaintiff.
11
12   JULIE DRUZINSKI
13   Garan Lucow Miller, P.C.
14   1000 Woodbridge Street
15   Detroit, Michigan 48207
16   313.446.5501
17   jdruzinski@garanlucow.com
18       Appearing on behalf of the Defendants Kevin Barnhill
19       Shane McKibben, Robert Roy, John Adams and Dale Van
20       Horn.
21
22
23
24
25
```

Page 3

```
 1   WILLIAM LISTMAN
 2   Davis Burket Savage Listman Taylor
 3   10 South Main Street
 4   Suite 401
 5   Mt. Clemens, Michigan 48043
 6   586.469.4300
 7   wlistman@dbsattorneys.com
 8       Appearing on behalf of the Defendant Arthur L. Gill.
 9
10   ALSO PRESENT
11   Jennifer Pellow
12   Sergeant Daniel Bradley
13   Officer Dale Van Horn
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                   TABLE OF CONTENTS
 2
 3   WITNESS                                       PAGE
 4   OFFICER SHANE McKIBBEN
 5
 6   EXAMINATION
 7   BY MR. SKLAR:                                  5
 8
 9
10                       EXHIBITS
11
12   EXHIBIT                                       PAGE
13   (No exhibits were offered.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1   Warren, Michigan
 2   Wednesday, May 17, 2016
 3   10:08 a.m.
 4               OFFICER SHANE McKIBBEN,
 5       was thereupon called as a witness herein, and after
 6       having been first duly sworn to testify to the truth,
 7       the whole truth and nothing but the truth, was
 8       examined and testified as follows:
 9           MR. SKLAR:  Let the record reflect that
10       this is the deposition -- is it Shane McKibben?
11           THE WITNESS:  Yes, I am.
12           MR. SKLAR:  Shane McKibben taken pursuant
13       to notice and to be used for all purposes allowed
14       under the Court Rules and Rules of Evidence.
15               EXAMINATION
16   BY MR. SKLAR:
17   Q.  Is it Officer McKibben?
18   A.  Yes.
19   Q.  And where are you employed, sir?
20   A.  Based on the advice given by my attorney I hereby
21       invoke my protections given by the Fifth Amendment of
22       the Constitution and refuse to answer any questions.
23   Q.  Okay.  Let me just briefly go through what a
24       deposition is and I'm going to make a record.  And I
25       understand what your answer is going to be but I need
```

Page 6

1 to ask my questions.
2         Essentially what a deposition is is an
3 opportunity for lawyers to find out what a witness
4 knows or doesn't know.  Like if there's a question I
5 ask that you don't understand and you can't answer
6 it, let me rephrase it.  I'll try to make it clear
7 for you.
8         Let me get my question out before you
9 provide an answer.
10        This should not take long, but if you need
11 a break at any time just let me know.
12        Were you -- how tall are you, sir?
13 A. Based upon the advice of my attorney I hereby invoke
14    my protections given to me by the Fifth Amendment of
15    the United States Constitution and refuse to answer
16    any further questions.
17 Q. And what is your weight, sir?
18 A. Based upon the advice given to me by my attorney I
19    hereby invoke my Fifth Amendment right to the
20    Constitution and refuse to answer any further
21    questions.
22 Q. Got it.  And what was your height and weight as of
23    August 30, 2013?
24 A. Based upon the advice of my attorney I hereby invoke
25    my Fifth Amendment rights.

Page 7

1 Q. Were you involved in an incident that involved Nathan
2    Pellow on August 30th, 2013?
3 A. Based upon the advice of my attorney I hereby invoke
4    my Fifth Amendment protection rights.
5 Q. Did you, on August 30, 2013, did you ever touch
6    Mr. Pellow?
7 A. Based upon the advice of my attorney I hereby invoke
8    those protections given to me by the Fifth Amendment
9    of the United States Constitution and refuse to
10   answer any further questions.
11 Q. On August 30, 2013, did you ever handcuff Nathan
12    Pellow?
13 A. Based upon the advice of my attorney I hereby invoke
14    my protections of my Fifth Amendment rights and
15    refuse to answer any further questions.
16 Q. On August 30, 2013, did you ever stand on the back of
17    Nathan Pellow?
18 A. Based upon the advice of my attorney I hereby invoke
19    those protections provided in the Fifth Amendment of
20    the Constitution and refuse to answer any further
21    questions.
22 Q. Were you ever interviewed by Internal Affairs
23    concerning Nathan Pellow?
24 A. Based upon the advice of my attorney I hereby invoke
25    my Fifth Amendment Constitutional rights and refuse

Page 8

1 to answer any further questions.
2 Q. Have you ever spoken to Captain Matheney about the
3    incident concerning Nathan Pellow?
4 A. Based upon the advice of my attorney I hereby invoke
5    those protections provided to me in the Fifth
6    Amendment of the United States Constitution and
7    refuse to answer any further questions.
8 Q. Did you generate a police report concerning Nathan
9    Pellow and the incident of August 30, 2013?
10 A. Based upon the advice of my attorney I hereby invoke
11    protections provided in the Fifth Amendment under the
12    United States Constitution and refuse to answer any
13    further questions.
14 Q. I'm going to show you what was marked as Exhibit 2 of
15    the Gill deposition, which purports to be the police
16    report concerning Mr. Pellow.  Have you ever seen
17    this document before?
18 A. Based upon the advice of my attorney I hereby invoke
19    those protections provided in the Fifth Amendment of
20    the United States Constitution and refuse to answer
21    any further questions.
22 Q. Did you suffer any injuries as it relates to Nathan
23    Pellow?
24 A. Based upon the advice of my attorney I hereby invoke
25    those protections provided by the Fifth Amendment of

Page 9

1 the United States Constitution and refuse to answer
2 any further questions.
3 Q. Do you know if any police reports concerning Nathan
4    Pellow were altered?
5 A. Based upon the advice of my attorney I'm invoking my
6    Fifth Amendment rights and refuse to answer any
7    further questions.
8 Q. Do you know if any of the audio or video recordings
9    concerning Nathan Pellow were altered?
10 A. Based upon the advice of my attorney I'm hereby
11    invoking my Fifth Amendment rights and I refuse to
12    answer any further questions.
13 Q. Have you spoken to any City of Warren firefighters
14    concerning Nathan Pellow?
15 A. Based upon the advice of my attorney I hereby invoke
16    my Fifth Amendment rights and refuse to answer any
17    further questions.
18 Q. Have you spoken to any City of Warren officers about
19    Nathan Pellow?
20 A. Based upon the advice of my attorney I hereby invoke
21    my protections of the Fifth Amendment.
22 Q. Have you spoken to any City of Warren employees
23    concerning Nathan Pellow?
24 A. Based upon the advice of my attorney I hereby invoke
25    my Fifth Amendment rights.

### Page 10

1   Q. Do you know if there was any debriefing concerning
2      Nathan Pellow after his death on August 30, 2013?
3   A. Based upon the advice of my attorney, I'm invoking my
4      Fifth Amendment rights.
5   Q. Have you ever spoken to Arthur Gill about Nathan
6      Pellow?
7   A. Based upon the advice of my attorney I'm invoking my
8      Fifth Amendment rights.
9   Q. Did Arthur Gill tell you to get off of Mr. Pellow?
10  A. Based upon the advice of my attorney I'm invoking my
11     Fifth Amendment rights.
12  Q. Is it fair to say, sir, that if I ask you anything
13     concerning Nathan Pellow that you're going to invoke
14     your Fifth Amendment right to remain silent?
15  A. Based upon the advice of my attorney I'm invoking my
16     Fifth Amendment rights.
17  Q. How long have you been employed by the City of
18     Warren?
19  A. Based upon the advice of my attorney I'm hereby
20     invoking my Fifth Amendment rights.
21  Q. And what is your current rank, sir?
22  A. Based upon the advice of my attorney I'm hereby
23     invoking my Fifth Amendment rights.
24  Q. All right. And what was your rank as of August 30,
25     2013?

### Page 11

1   A. Based upon the advice of my attorney I'm invoking my
2      Fifth Amendment rights.
3   Q. Did you ever jump up and down on Mr. Pellow's back?
4   A. Based upon the advice given to me by my attorney I'm
5      invoking my Fifth Amendment rights.
6   Q. Do you have any knowledge of whether or not police
7      officers are now canvassing the residence of Jennifer
8      Pellow?
9   A. Based upon the advice given to me by my attorney I'm
10     hereby invoking my Fifth Amendment rights.
11  Q. Have you reviewed Arthur Gill's deposition testimony
12     that was given on May 10, 2016?
13  A. Based upon the advice of my attorney I'm invoking my
14     Fifth Amendment rights.
15  Q. And you refuse to answer any further questions;
16     right? The full statement. I need you to say that
17     you're not going to answer.
18  A. Based upon the advice given to me by my attorney I'm
19     hereby invoking my Fifth Amendment rights. I'm
20     answering no further questions.
21  Q. That's what I needed to hear, that you weren't going
22     to answer.
23        Do you know how long your encounter was
24     with Nathan Pellow?
25  A. Based upon the advice of my attorney I'm hereby

### Page 12

1      invoking my protections of the Fifth Amendment and
2      I'm answering no further questions.
3   Q. Has any federal or state law enforcement authority
4      contacted you?
5   A. Based upon the advice of my attorney I'm invoking my
6      Fifth Amendment rights and answering no further
7      questions.
8   Q. Have you contacted any state or federal authority
9      concerning the Pellow matter at all?
10  A. Based upon the advice of my attorney I'm hereby
11     invoking my Fifth Amendment rights and refusing to
12     answer any further questions.
13  Q. Are any of the reports contained in Exhibit 2 reports
14     that you generated or contributed to?
15  A. Based upon the advice of my attorney I'm hereby
16     invoking my Fifth Amendment rights and I'm refusing
17     to answer any further questions.
18  Q. Did you have an audio recording concerning your
19     presence at the scene of Mr. Pellow's arrest?
20  A. Based upon the advice of my attorney, I'm hereby
21     invoking my Fifth Amendment rights and I'm refusing
22     to answer any further questions.
23  Q. Have you ever seen recordings destroyed at the City
24     of Warren?
25  A. Based upon the advice of my attorney I'm hereby

### Page 13

1      invoking my Fifth Amendment rights and refusing to
2      answer any further questions.
3   Q. Have you ever seen police reports altered or changed
4      during your tenure at the City of Warren?
5   A. Based upon the advice of my attorney I'm hereby
6      invoking my Fifth Amendment rights and refuse to
7      answer any further questions.
8   Q. At the scene of Arthur Pellow's arrest did you notice
9      at any time that he began to turn purple?
10  A. Based upon the advice of my attorney I hereby invoke
11     my protections to the Fifth Amendment and I refuse to
12     answer any further questions.
13  Q. At the scene of Arthur Pellow's arrest do you know if
14     Arthur Pellow had shackles on his ankles -- or Nathan
15     Pellow, excuse me, had ankle shackles?
16  A. Based upon the advice of my attorney I'm hereby
17     invoking my Fifth Amendment rights and refusing to
18     answer any further questions.
19        MR. SKLAR: All right. Based on your
20     invocation of your Fifth Amendment right against
21     self-incrimination I'm going to stop the deposition
22     with the understanding, as you've stated, that you're
23     not going to answer any questions concerning Arthur
24     Pellow and we will follow the appropriate motions
25     with the Court. Nathan Pellow. Forgive me. I've

Page 14

1  got Arthur Gill on my brain.
2       Thank you so much for your time, Officer.
3       Any questions?
4       MR. LISTMAN:  Attorney William Listman.  I
5  have no questions for this witness given he's invoked
6  his Fifth Amendment rights.
7       MS. DRUZINSKI:  And I would just like to
8  state for the record that we received an email on May
9  15, 2016, from plaintiff's counsel stating that
10 plaintiff intended to file a complaint with the DOJ
11 and/or the FBI as a result of this incident.  We
12 appreciate the professional courtesy, but hence why
13 we're invoking the Fifth Amendment right today.  So
14 that's all.
15      MR. SKLAR:  Thank you very much, Officer.
16      (The deposition was concluded at 10:18
17 a.m.  Signature of the witness was not
18 requested by counsel for the respective parties
19 hereto.)
20
21
22
23
24
25

Page 15

1           CERTIFICATE OF NOTARY
2  STATE OF MICHIGAN )
3                    ) SS
4  COUNTY OF OAKLAND )
5
6       I, MELODIE P. STAFFORD, certify that this
7  deposition was taken before me on the date
8  hereinbefore set forth; that the foregoing questions
9  and answers were recorded by me stenographically and
10 reduced to computer transcription; that this is a
11 true, full and correct transcription of my
12 stenographic notes so taken; and that I am not
13 related to, nor of counsel to, either party nor
14 interested in the event of this cause.
15
16
17
18
19
20      _____
21      MELODIE P. STAFFORD, CSR-8604
22      Notary Public,
23      Oakland County, Michigan.
24 My Commission expires:  November 21, 2018
25