UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

JENNIFER PELLOW as Personal
Representative of the Estate of
NATHAN WESLEY PELLOW,

      Plaintiff,

v.

KEVIN BARNHILL, SHANE MCKIBBEN,
ROBERT ROY, JOHN ADAMS, and
DALE VAN HORN, Jointly and Severally,

      Defendants.

Case No: 15-11765

Hon. Terrance G. Berg
Magistrate R. Steven Whalen

_____

## INDEX OF EXHIBITS

Exhibit 1    Autopsy Report

Exhibit 2    Police Report Excerpts

Exhibit 3    Gill Report

Exhibit 4    Photo of Barnhill

Exhibit 5    Photo of McKibben

Exhibit 6    Photo of Pellow's back post-mortem

Exhibit 7    Photo of Jacobs

Exhibit 8    Partially redacted Gill Answers to Interrogatories and RTP

Exhibit 9    Declaration of Arthur Gill

Exhibit 10    Gill Employment Termination