UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

JENNIFER PELLOW as Personal
Representative of the Estate of            Case No:   15-11765
NATHAN WESLEY PELLOW,
                                           Hon. Terrance G. Berg
    Plaintiff,                          Magistrate R. Steven Whalen
v.

KEVIN BARNHILL, SHANE MCKIBBEN,
ROBERT ROY, JOHN ADAMS, and
DALE VAN HORN, Jointly and Severally,

    Defendants.

_____

# EXHIBIT 2

Subject to Protective Order
Copies only provided to Judge
and Defendants' Counsel