UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

| | |
|---|---|
| JENNIFER PELLOW as Personal Representative of the Estate of NATHAN WESLEY PELLOW, | Case No:   15-11765 |
| | Hon. Terrance G. Berg |
| Plaintiff, | Magistrate R. Steven Whalen |
| v. | |
| KEVIN BARNHILL, SHANE MCKIBBEN, ROBERT ROY, JOHN ADAMS, and DALE VAN HORN, Jointly and Severally, | |
| Defendants. | |

_____

# EXHIBIT 3

Subject to Protective Order
Copies only provided to Judge
and Defendants' Counsel