UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

JENNIFER PELLOW as Personal
Representative of the Estate of
NATHAN WESLEY PELLOW,

    Plaintiff,

v.

KEVIN BARNHILL, SHANE MCKIBBEN,
ROBERT ROY, JOHN ADAMS, and
DALE VAN HORN, Jointly and Severally,

    Defendants.

Case No: 15-11765

Hon. Terrance G. Berg
Magistrate R. Steven Whalen

# EXHIBIT 10



WARREN POLICE DEPARTMENT
29900 Civic Center Blvd.
Warren, MI 48093
(586) 574-4700
Fax (586) 574-4862
www.cityofwarren.org

April 18, 2014

Mr. Arthur Gill

### RE: TERMINATION OF EMPLOYMENT

On Tuesday, April 15, 2014, a Loudermill Hearing was held on your behalf, at which you were represented by the Warren Police Command Officers Association as well as your own personal attorney. You had previously been presented with charges and specifications concerning this matter by the Warren Police Department. You were allowed, through your representation, to respond to the charges. You were told that a decision regarding your future employment with the City of Warren Police Department would be made by Thursday, April 17, 2014 at 5:00 pm.

I can find no mitigating circumstances that would allow me to continue your employment with the City of Warren Police Department. Therefore, effective immediately, your employment with the City of Warren Police Department is terminated.

Please contact Sergeant Lawrence Garner immediately to make arrangements to turn in all departmental property and/or equipment so the city can process and mail your final paycheck.



Jere Green
POLICE COMMISSIONER

JG/jtf

Attachment

cc: WPCOA
P. Easter, Personnel
M. Simlar, Labor Relations
Payroll
P & F Retirement

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER            Defs 000220