UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

JENNIFER PELLOW as Personal
Representative of the Estate of
NATHAN WESLEY PELLOW,

       Plaintiff,

v.

KEVIN BARNHILL, SHANE MCKIBBEN,
ROBERT ROY, JOHN ADAMS, and
DALE VAN HORN, Jointly and Severally,

       Defendants.

Case No:   15-11765

Hon. Terrance G. Berg
Magistrate R. Steven Whalen

---

BEN M. GONEK (P43716)
Law Offices of Ben Gonek, PLLC
Attorneys for Plaintiff
500 Griswold Street, Suite 2450
Detroit, MI 48226
(313) 963-3377

JOHN J. GILLOOLY (P41948)
Garan Lucow Miller, P.C.
Attorneys for Defendants
1155 Brewery Park Blvd, Ste 200
Detroit, MI  48207
(313) 446-5501

JOEL B. SKLAR (P38338)
Attorney for Plaintiff
500 Griswold Street, Suite 2450
Detroit, MI  48226
(313) 963-4529

---

## **MOTION TO FILE BRIEF IN EXCESS PAGES**

NOW COMES PLAINTIFF, JENNIFER PELLOW as personal representative of NATHAN WESLEY PELLOW, deceased, by her undersigned counsel, and for her motion states as follows:

1. This is an action brought under 42 USC 1983 following the death of Nathan Pellow, who died as a result of excessive force used after he had been arrested and restrained on August 30, 2013.

2. Defendants, all of whom asserted their *Fifth Amendment* privilege rather than give deposition testimony, nonetheless have filed a motion for summary disposition and claim qualified immunity from suit.

3. The court has ordered plaintiff's response to this motion be served on or before January 9, 2017.

4. Defendants' motion argues in essence that the evidence proffered by plaintiff is contradicted by the record and incapable of belief by a rational jury.

5. Given the intricate factual issues, and despite her best efforts to streamline her response, Plaintiff requires more than 25 pages in 14-point font as permitted by the Local Rules to address the legal and factual deficiencies in Defendants' motion. Accordingly, Plaintiff requests an additional ten pages for her brief.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant her motion and allow her to file her Brief in Response to Defendants' Motion for Summary Disposition in excess of the 25 page limit.

Respectfully submitted,

_/s/ Ben M. Gonek_____
BEN M. GONEK (P43716)
Attorney for Plaintiff
500 Griswold Street, Suite 2450
Detroit, MI  48226
(313) 963-3377


_/s/ Joel B. Sklar_____
JOEL B. SKLAR (P38338)
Attorney for Plaintiff
500 Griswold Street, Suite 2450
Detroit, MI  48226
(313) 963-4529

Dated:  January 9, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

JENNIFER PELLOW as Personal
Representative of the Estate of                    Case No:   15-11765
NATHAN WESLEY PELLOW,

                                           Hon. Terrance G. Berg

       Plaintiff,                                  Magistrate R. Steven Whalen

v.

KEVIN BARNHILL, SHANE MCKIBBEN,
ROBERT ROY, JOHN ADAMS, and
DALE VAN HORN, Jointly and Severally,

       Defendants.

---

| BEN M. GONEK (P43716) | JOHN J. GILLOOLY (P41948) |
|---|---|
| Law Offices of Ben Gonek, PLLC | Garan Lucow Miller, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 500 Griswold Street, Suite 2450 | 1155 Brewery Park Blvd, Ste 200 |
| Detroit, MI 48226 | Detroit, MI  48207 |
| (313) 963-3377 | (313) 446-5501 |

JOEL B. SKLAR (P38338)
Attorney for Plaintiff
500 Griswold Street, Suite 2450
Detroit, MI  48226
(313) 963-4529

---

## BRIEF IN SUPPORT OF MOTION IN EXCESS PAGES

      Plaintiff hereby relies on the Federal Rules of Civil Procedure in support of

her motion.

Respectfully submitted,

_/s/ Ben M. Gonek_____

BEN M. GONEK (P43716)
Attorney for Plaintiff
500 Griswold Street, Suite 2450
Detroit, MI  48226
(313) 963-3377


_/s/ Joel B. Sklar_____

JOEL B. SKLAR (P38338)
Attorney for Plaintiff
500 Griswold Street, Suite 2450
Detroit, MI  48226
(313) 963-4529

Dated:  January 9, 2017