UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

JENNIFER PELLOW as Personal
Representative of the Estate of
NATHAN WESLEY PELLOW,

Case No:   15-11765

Hon. Terrance G. Berg
Magistrate R. Steven Whalen

Plaintiff,
v.

KEVIN BARNHILL, SHANE MCKIBBEN,
ROBERT ROY, JOHN ADAMS,
and DALE VAN HORN,
Jointly and Severally,

      Defendants.

| | |
|---|---|
| BEN M. GONEK (P43716)<br>Law Offices of Ben Gonek, PLLC<br>Attorneys for Plaintiff<br>500 Griswold Street, Suite 2450<br>Detroit, MI  48226<br>(313) 963-3377<br>ben@goneklaw.com | JOHN J. GILLOOLY (P41948)<br>Garan Lucow Miller, P.C.<br>Attorneys for Defendants Barnhill,<br>  McKibben, Roy, Adams & VanHorn<br>1155 Brewery Park Blvd., Ste. 200<br>Detroit, MI  48207<br>(313) 446-5501<br>jgillooly@garanlucow.com |
| JOEL B. SKLAR (P38338)<br>Law Offices of Joel B. Sklar<br>Co-counsel for Plaintiff<br>500 Griswold Street, Suite 2450<br>Detroit, MI  48226<br>(313) 963-4529<br>joel@joelbsklarlaw.com | |

**<u>STIPULATION TO SUPPLEMENT THE RECORD ON DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT BY FILING
FBI RESPONSE TO SUBPOENA</u>**

# **STIPULATION TO SUPPLEMENT THE RECORD ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BY FILING FBI RESPONSE TO SUBPOENA**

The parties herein, by and through their attorneys, hereby stipulate and agree to supplement the record on Defendants' Motion for Summary Judgment (Doc. 31) by filing the attached FBI response to subpoena.

/s/ Ben M, Gonek
BEN M. GONEK (P43716)
Law Offices of Ben Gonek, PLLC
Attorneys for Plaintiff
500 Griswold Street, Suite 2450
Detroit, MI  48226
(313) 963-3377
ben@goneklaw.com

/s/ John J. Gillooly
JOHN J. GILLOOLY (P41948)
Garan Lucow Miller, P.C.
Attorneys for Defendants Barnhill, McKibben, Roy, Adams & VanHorn
1155 Brewery Park Blvd., Ste. 200
Detroit, MI  48207
(313) 446-5501
jgillooly@garanlucow.com

/s/ Joel B. Sklar
JOEL B. SKLAR (P38338)
Law Offices of Joel B. Sklar
Co-counsel for Plaintiff
500 Griswold Street, Suite 2450
Detroit, MI  48226
(313) 963-4529
joel@joelbsklarlaw.com

Dated: July 14, 2017

DETROIT-#1347219.docx

# FBI RESPONSE TO SUBPOENA
# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

### CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017, my assistant, Deborah Brossoit, electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Ben M. Gonek
ben@goneklaw.com,lisa@goneklaw.com

Joel B. Sklar
joelb79@hotmail.com,tmachasiclaw@gmail.com,joel@joelbsklarlaw.com, lisa@joelbsklarlaw.com

and I hereby certify that on July 14, 2017, my assistant, Deborah Brossoit, mailed by United States Postal Service the foregoing document to the following non-ECF participants, with full legal postage prepaid thereon and deposited in the United States mail: **NA**

                           GARAN LUCOW MILLER, P.C.

                           /s/ John J. Gillooly
                           John J. Gillooly
                           Attorney for Defendants
                           1155 Brewery Park Blvd., Suite 200
                           Detroit, MI  48207
                           313.446.5501
                           jgillooly@garanlucow.com
                           P41948