# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 14, 2017

Ms. Megan K. Cavanagh
Garan Lucow Miller
1155 Brewery Park Boulevard
Suite 200
Detroit, MI 48207

Mr. John J. Gillooly
Garan Lucow Miller
1155 Brewery Park Boulevard
Suite 200
Detroit, MI 48207

Mr. Ben M. Gonek
Law Offices
615 Griswold Street
Suite 1116
Detroit, MI 48226

Mr. Joel Barnett Sklar
Law Offices
615 Griswold Street
Suite 1116
Detroit, MI 48226

      Re: Case No. 17-1984, *Jennifer Pellow v. Kevin Barnhill, et al*
         Originating Case No. : 4:15-cv-11765

Dear Sir or Madam,

 The Court issued the enclosed (Order/Opinion) today in this case.

                Sincerely yours,

                s/Connie A. Weiskittel
                Mediation Administrator

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 17-1984

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

JENNIFER PELLOW, as Personal Representative of the Estate of Nathan Wesley Pellow

    Plaintiff - Appellee

v.

KEVIN BARNHILL; SHANE MCKIBBEN; ROBERT ROY; JOHN ADAMS; DALE VAN HORN, Jointly and Severally,

    Defendants - Appellants

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

        **ENTERED PURSUANT TO RULE 33,
        RULES OF THE SIXTH CIRCUIT**
        Deborah S. Hunt, Clerk

Issued: November 14, 2017