UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT



F I L E D
DEC - 6 2017
CLERK'S OFFICE
U.S. DISTRICT COURT

JENNIFER PELLOW as Personal
Representative of the Estate of
NATHAN WESLEY PELLOW,

    Plaintiff,

v.

KEVIN BARNHILL, SHANE MCKIBBEN,
ARTHUR L. GILL, ROBERT ROY,
JOHN ADAMS, and DALE VAN HORN,
Jointly and Severally,

    Defendants.

Case No:   15-11765

Hon. Terrance G. Berg
Magistrate R. Steven Whalen

---

| BEN M. GONEK (P43716) | JOHN J. GILLOOLY (P41948) |
|---|---|
| Law Offices of Ben Gonek, PLLC | Garan Lucow Miller, P.C. |
| Attorney for Plaintiff | Attorney for Defendants |
| 500 Griswold Street, Suite 2450 | 1000 Woodbridge Street |
| Detroit, MI 48226 | Detroit, MI 48207 |
| (313) 963-3377 | (313) 446-5501 |
| JOEL B. SKLAR (P38338) | |
| Law Offices of Joel B. Sklar | |
| Attorney for Plaintiff | |
| 500 Griswold Street, Suite 2450 | |
| Detroit, MI 48226 | |
| (313) 963-4529 | |

## ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE SETTLEMENT AND FOR DISTRIBUTION OF PROCEEDS

AT A SESSION OF THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF MICHIGAN
ON_____**DEC - 6 2017**_____
THE HON. TERRENCE G. BERG, PRESIDING

This matting having come before the Court upon Plaintiff's Motion to Approve Settlement and for Distribution of Proceeds and the Court being fully advised in the premises thereto;

IT IS ORDERED that the Motion for Settlement Approval is Granted. It is further Ordered that the attorney fee in the amount of $196,336.75 is approved. It is further ORDERED that the costs in the amount of $5,040.14 are approved and shall be paid to Attorneys Ben Gonek and Joel Sklar. It is Further Ordered that Jennifer Pellow, wife of the decedent shall receive the amount of $259,105.03. It is Further Ordered that the Darlene and Wesley Pellow, mother and father of the deceased shall receive $99,655.78. It is further ORDERED that Christine Gamez, sister of the deceased shall receive $19,931.15. It is further ORDERED that Michelle Skultety, sister of the deceased shall receive $19,931.15.

It is further ORDERED that Nathan Pellows, deceased did not sustain conscious pain and suffering prior to his death on August 30, 2013;

It is further Ordered that this case be dismissed with prejudice and the case be closed.

_____
Hon. Terrence G. Berg
United States District Court Judge

Dated: December 6, 2017